IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 27 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| EUGENE THOMAS,<br>    Plaintiff, | Civil Action No. 7:05cv00429 |
| v. | **FINAL ORDER** |
| STATE OF VIRGINIA,<br>    Defendant. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that plaintiff's motion to proceed in forma pauperis shall be and hereby is **GRANTED**; that plaintiff's civil rights action, pursuant to 42 U.S.C. § 1983, shall be and hereby is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim; and that this action is hereby stricken from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

**ENTER**: This _____ day of July, 2005.

/s/ Jackson L. Kiser
United States District Judge